UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 04 B 34096
   EFREN GONZALEZ
                                      CHAPTER 13

                                      JUDGE: MANUEL BARBOSA
      Debtor
   SSN XXX-XX-9708
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/14/04 and confirmed on 11/04/04.

2. The case was dismissed after confirmation, 07/05/2007.

3. The Debtor paid a total of $ 17527.57 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| BANK ONE DELAWARE NA | SECURED | 500.00 | 45.15 | 294.40 |
| DAIMLER CHRYSLER FINANCI | SECURED | 11062.47 | 2325.34 | 11062.47 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL RE | SECURED | 500.00 | 45.15 | 294.40 |
| DARCY ANDERSON | PRIORITY | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 1588.91 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 511.44 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1481.59 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2809.45 | .00 | .00 |
| CITY OF ST CHARLES | UNSECURED | 186.61 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 697.91 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 708.20 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | .00 | .00 | .00 |
| BANK ONE DELAWARE NA | UNSECURED | 353.05 | .00 | .00 |
| WELLS FARGO FINANCIAL RE | UNSECURED | 690.26 | .00 | .00 |
| STERLING INC | FILED LATE | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 12062.47 | .00 | 9027.42 | .00 | 21089.89 |
| PRINCIPAL PAID | 11651.27 | .00 | .00 | .00 | 11651.27 |
| INTEREST PAID | 2415.64 | .00 | .00 | .00 | 2415.64 |

```
TOTAL PAID                14066.91          .00          .00          .00      14066.91
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $     760.66 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/11/07                         /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE